### W. E. BOYCE v. STATE.

No. A-2319.   Opinion Filed September 12, 1914.

Appeal from County Court , Hughes County;

W. E. Boyce was convicted of a violation of the prohibitory law, and appeals.   Appeal dismissed.

Crump, Skinner & Anglin, for plaintiff in error.

PER CURIAM. The plaintiff in error was tried upon an information for unlawfully selling intoxicating liquor and found guilty by the verdict of the jury. On the 8th day of June, 1914, he was sentenced to pay a fine of two hundred and fifty dollars, and to be confined in the county jail for a period of six months. To reverse the judgment, an appeal was perfected by filing in this court an August 1st, 1914, a petition in error with case-made. Plaintiff in error has filed a motion to dismiss his appeal, which motion is hereby sustained, and the appeal herein is dismissed, and the cause remanded to the county court of Hughes county, with directions to enforce the judgment and sentence.

---

### DAN McLEOD v. CITY OF KINGFISHER.

No. A-1430.   Opinion Filed September 12, 1914.

Appeal from County Court, Kingfisher County;

John M. Graham, Judge.

Dan McLeod was convicted of violating a prohibitory ordinance of the city of Kingfisher, and appeals.   Affirmed.

D. K. Cunningham and L. R. Weiss, for plaintiff in error.

PER CURIAM. Plaintiff in error, Dan McLeod, was convicted in the county court of Kingfisher county on appeal from the city court of the city of Kingfisher on a charge of violating a prohibitory ordinance of the city of Kingfisher, and his punishment fixed at a fine of fifty dollars and imprisonment in the city jail of Kingfisher for a period of thirty-five days. The only error of importance raised by this record is a question of the lapse of term of the county court. That question was settled adversely to the contentions of plaintiff in error by this court in the case of Tucker v. State, 10 Okla. Cr. 565, 139 Pac. 998.

There being no error sufficient to justify a reversal, the judgment of the trial court is affirmed.